IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO. 4:25-CR-19 |
| ) | |
| **WILLIE PUSKAS** ) | |
| ) | |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through United States Attorney for the Southern District of Georgia Margaret E. Heap, and notifies the Court pursuant to 18 U.S.C. § 3161(h)(1)(G) that a plea agreement has been reached by the parties that would dispose of the charges pending in the above-captioned case against Defendant. A copy of the plea agreement has been provided to the Court for its consideration.

The Government respectfully requests that the Court schedule a Rule 11 proceeding and accept Defendant's plea as set forth in the proposed agreement.

                                            Respectfully submitted,

                                            MARGARET E. HEAP
                                            UNITED STATES ATTORNEY

                                            */s/ John P. Harper III*
                                            John P. Harper III
                                            Assistant United States Attorney
                                            GA Bar No. 5564034

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

# **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

This 4th day of September 2025.

                                          Respectfully submitted,

                                          MARGARET E. HEAP
                                          UNITED STATES ATTORNEY

                                          ***/s/ John P. Harper III***
                                          John P. Harper III
                                          Assistant United States Attorney
                                          GA Bar No. 5564034

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422